THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIETRICH WILLIAMS, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 4, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM J. WELSHER, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Supreme Court, Monroe County (John J. Ark, J.), rendered January 17, 2010. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY WILLIAMS, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered June 27, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.